[Cite as *State ex rel. Kennedy v. Saffold*, 2014-Ohio-3826.]

# Court of Appeals of Ohio

### EIGHTH APPELLATE DISTRICT
### COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 101547**

## STATE OF OHIO, EX REL.
## HAROLD KENNEDY, #452-396

RELATOR

vs.

## CUYAHOGA COUNTY COMMON PLEAS COURT
## JUDGE SHIRLEY S. SAFFOLD

RESPONDENT

**JUDGMENT:**
WRIT DENIED

Writ of Mandamus
Motion No. 476748
Order No. 477037

RELEASE DATE:   September 2, 2014

**FOR RELATOR**

Harold Kennedy, pro se
#452-396
Lake Erie Correctional Institution
P.O. Box 8000
Conneaut, OH   44030


**ATTORNEYS FOR RESPONDENT**

Timothy J. McGinty
Cuyahoga County Prosecutor
BY: James E. Moss
Assistant Prosecuting Attorney
The Justice Center
1200 Ontario Street
Cleveland, OH   44113

SEAN C. GALLAGHER, P.J.:

**{¶1}** Harold Kennedy has filed a complaint for a writ of mandamus. Kennedy seeks an order to compel Judge Shirley Strickland Saffold to render a ruling with regard to motion for a new sentencing hearing filed in *State v. Kennedy*, Cuyahoga C.P. No. CR-437427.

**{¶2}** Attached to Judge Saffold's motion for summary judgment is a copy of a judgment, journalized on July 14, 2014, which demonstrates that a ruling has been rendered with regard to Kennedy's motion for a new sentencing hearing. Thus, the complaint for a writ of mandamus is moot. *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 74 Ohio St.3d 278, 658 N.E.2d 723 (1996); *State ex rel. Gantt v. Coleman*, 6 Ohio St.3d 5, 450 N.E.2d 1163 (1983).

**{¶3}** Accordingly, we grant Judge Saffold's motion for summary judgment. Costs to Judge Saffold. Costs waived. The court directs the clerk of courts to serve all parties with notice of this judgment and its date of entry upon the journal as required by Civ.R. 58(B).

**{¶4}** Writ denied.


SEAN C. GALLAGHER, PRESIDING JUDGE

TIM McCORMACK, J., and
EILEEN T. GALLAGHER, J., CONCUR